ELDEAN E. HANSMEYER AND DIANE K. HANSMEYER,
APPELLANTS AND CROSS-APPELLEES, V. NEBRASKA PUBLIC
POWER DISTRICT, APPELLEE AND CROSS-APPELLANT.

588 N.W. 2d 589

Filed January 29, 1999.   No. S-96-1164.

Donald J. Pepperl, of Pepperl & McMahon-Boies Law
Offices, for appellants.

James A. Eske, of Barlow, Johnson, Flodman, Sutter,
Guenzel & Eske, and Bonnie J. Hostetler for appellee.

HENDRY, C.J., WRIGHT, CONNOLLY, GERRARD, STEPHAN,
McCORMACK, and MILLER-LERMAN, JJ.

McCORMACK, J.
This cause is affirmed on the published opinion of the
Nebraska Court of Appeals found at *Hansmeyer v. Nebraska
Pub. Power Dist.*, 6 Neb. App. 889, 578 N.W.2d 476 (1998).
The order of the Court of Appeals, affirming in part and in part
reversing and remanding with directions, is affirmed.

AFFIRMED.